**In the United States District Court**
**For the Eastern District of Pennsylvania**

| | |
|---|---|
| Kate Gosselin, *Plaintiff*, | Jury Trial Demanded |
| v. | 5:13-cv-04989-JLS |
| Jon Gosselin, *et. al*, *Defendants*. | Stipulation Enlarging Time to Respond to Motion to Dismiss |

**Stipulation of Extension of Time for Plaintiff to Respond to Defendants' Motion to Dismiss Amended Complaint**

Today, by agreement of the parties, it is hereby ordered that Plaintiff, Kate Gosselin, shall have through November 27, 2013 to file a response to the Defendants' Motions to Dismiss. (Doc. 11 and 12).

So ordered.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.

By agreement of the undersigned counsel:

Kate Gosselin v. Jon Gosselin, *et. al.*
**Stipulation Enlarging Time to Respond to Motion to Dismiss**

**Mulvihill & Rushie LLC**

_____
A. Jordan Rushie
2424 E York Street, Suite 316
Philadelphia, PA 19125
215.385.5291
*Attorney for Kate Gosselin*

**BritonTuma**

/S/

_____
Shawn E. Tuma
7161 Bishop Road, Ste. 220
Plano, TX 75024
469.635.1335
*Attorneys for Jon Gosselin*

**Hamburg & Golden, P.C.**

/S/

_____
James P. Golden
1601 Market Street, Suite 3310
Philadelphia, PA
215.255.8593
*Attorneys for Robert Hoffman*