


## In the United States District Court
## For the Eastern District of Pennsylvania

| | |
|---|---|
| Kate Gosselin, <br> *Plaintiff,* <br><br> v. <br><br> Jon Gosselin, *et. al,* <br><br> *Defendants.* | Jury Trial Demanded <br><br> 5:13-cv-04989-JLS <br><br> Stipulation Enlarging Time to Respond to Motion to Dismiss |

### Stipulation of Extension of Time for Plaintiff to Respond to Defendants' Motion to Dismiss Amended Complaint

Today, by agreement of the parties, it is hereby ordered that Plaintiff, Kate Gosselin, shall have through November 27, 2013 to file a response to the Defendants' Motions to Dismiss. (Doc. 11 and 12).

So ordered.

FILED
NOV 22 2013
MICHAEL E. KUNZ
By ___

BY THE COURT:

DATE: 11-20-13         _____
                       Jeffrey L. Schmehl, J.

By agreement of the undersigned counsel:

11-22-13 e-mailed