IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kate Gosselin, | : |
| | : Docket No. 13:4989 |
| Plaintiff | : |
| | : |
| vs. | : |
| | : **NOTICE OF VOLUNTARY DISMISSAL** |
| Jon Gosselin, *et. al.* | : |
| | : |
| Defendants | : |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Kate Gosselin, hereby voluntarily dismisses the above matter, without prejudice, as the opposing parties have not served an answer or a motion for summary judgment.

Respectfully Submitted,

**Mulvihill & Rushie, LLC**

/S/
_____

Date:   November 27, 2013
A. Jordan Rushie
2424 East York Street, Suite 316
Philadelphia, PA 19125
Tel: (215) 385-5291
E-mail: Jordan@FishtownLaw.com

**Certificate of Service**

I, A. Jordan Rushie, Esquire, served this notice of voluntary dismissal upon the following parties:

James P. Golden
Hamburg & Golden, P.C.
1601 Market Street, Suite 3310
Philadelphia, PA  19103

Dated: November 27, 2013